| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| JOE N. DANIELS, | § |
|     Plaintiff, | § |
| versus | §     CIVIL ACTION NO. 1:21-CV-429 |
| WARDEN NORSWORTHY, | § |
|     Defendant. | § |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Joe N. Daniels, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights lawsuit.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate Judge recommends granting plaintiff's motion and dismissing the lawsuit without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the magistrate judge's Report and Recommendation.

**ORDER**

Accordingly, the findings of fact and conclusions set forth in the Report and Recommendation are correct and the Report of the magistrate judge is **ADOPTED** as the opinion

of the court.   Plaintiff's motion to dismiss is **GRANTED**.  An appropriate final judgment will be entered.

SIGNED at Beaumont, Texas, this 27th day of September, 2021.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE